ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
ANDREW MAINARDI (NYBN 5431697)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 788-3509
   Facsimile: (510) 637-3724
   E-mail: andrew.mainardi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Matter of Marisa Gabriela Lopez*, Ref. No. 826/2023<br><br>LETTER OF REQUEST FROM THE FEDERAL CIVIL AND COMMERCIAL COURT NO. 1 IN BUENOS AIRES, ARGINTINA IN MARISA GABRIELA LOPEZ v. FACEBOOK ARGENTINA SRL, | MISC. NO.<br><br>**UNOPPOSED APPLICATION OF UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

     Pursuant to 28 U.S.C. Section 1782 and a Letter of Request for International Judicial Assistance in Matter of Marisa Gabriela Lopez from the Federal Civil and Commercial Court No. 1 in Buenos Aires, Argentina for information from Facebook (hereinafter "Meta") and for the reasons stated in the accompanying Memorandum of Points and Authorities, the United States of America petitions this Court to enter the accompanying proposed order. Meta does not object to the entry of the accompanying proposed order but reserves all rights and objections in responding to the underlying subpoena.

DATED: June 4, 2024                            Respectfully submitted,

                                                                    ISMAEL J. RAMSEY
                                                                    United States Attorney

|   |   |
|---|---|
| 1 |                  */s/ Andrew Mainardi* |

BY: ANDREW MAINARDI
Assistant United States Attorney

APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
Misc. No.                                                                 2